<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-7691**

—————————

KEVIN L. CHOICE,

                                     Plaintiff - Appellant,

        versus

P. PATTERSON, Officer; NFN JERNAGIN, Sergeant,

                                     Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   David C. Norton, District Judge.
(CA-99-4099-0-18BD)

—————————

Submitted:  February 22, 2001         Decided:  March 1, 2001

—————————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Kevin L. Choice, Appellant Pro Se.  Terry B. Millar, Rock Hill,
South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Choice v. Patterson, No. CA-99-4099-0-18BD (D.S.C. filed Nov. 1, 2000; entered Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED